1  NAOMI CHUNG (CSBN 283743)
   Hickey & Chung, LLP
2  Pier 9, Suite 100
   San Francisco, CA 94111
3  Telephone: (415) 942-9000
   Fax: (415) 484-7054
4  chung@defender.law
5
   Attorney for Defendant
6  JONATHAN LUCERO PEACE
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  UNITED STATES OF AMERICA,           No. 25-mj-71255

13            Plaintiff,                **STIPULATION AND [PROPOSED]**
                                        **ORDER TO MODIFY RELEASE**
14       v.                             **CONDITIONS**

15  JONATHAN LUCERO PEACE

16            Defendant.

17

18

19       IT IS HEREBY STIPULATED AND AGREED between the defendant Jonathan Lucero

20  Peace through his attorney, Naomi Chung, and the government through its attorney, Neal Hong,

21  that the conditions of pretrial release be modified to permit Mr. Lucero Peace to spend the night at

22  his grandmother's house on December 24, 25, 26, 31 and January 1 to celebrate the holidays with

23  his family.

24       U.S. Pretrial Services has no objection to the requested modification. All other conditions

25  of pretrial release are to remain the same.

26       **IT IS SO STIPULATED.**

27   //

28

STIPULATION AND [PROPOSED] ORDER
*Lucero Peace*, 25-mj-71255

1

| | | |
|---|---|---|
| 1 | Dated: 12/18/2025 | /s/ |
| 2 | | NAOMI CHUNG |
| | | Attorney for Jonathan Lucero Peace |
| 3 | | |
| 4 | Dated: 12/182025 | /s/ |
| 5 | | NEAL HONG |
| | | Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated:  December 19, 2025

/s/ Susan van Keulen

HON. SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
*Lucero Peace*, 25-mj-71255

2