1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney

5

6      60 S Market St., Suite 1200
       San Jose, California 95113
       Telephone: (408) 535-5081

7      neal.hong@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,          )   NO. 25-MJ-71255 MAG
                                       )
13         Plaintiff,                  )   STIPULATION TO EXCLUDE TIME; AND
                                       )   [~~PROPOSED~~] ORDER
14      v.                             )
                                       )
15  JONATHON LUCERO-PEACE,             )
                                       )
16         Defendant.                  )
                                       )

17

18         Currently, a preliminary hearing is scheduled for January 6, 2026.   The parties are requesting

19  that this hearing be continued to February 10, 2026.  The parties stipulate that time should be excluded

20  under the Speedy Trial Act from January 6, 2026, through February 10, 2026.

21         The Government is in the process of producing discovery to Defendant.  The defense requires

22  time to review discovery to effectively prepare Defendant's case.  Accordingly, the parties stipulate and

23  agree that excluding time until February 10, 2026, will allow for the effective preparation of counsel.

24  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served

25  by excluding the time from January 6, 2026, through February 10, 2026, from computation under the

26  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

27  § 3161(h)(7)(A), (B)(iv).

28         The parties further stipulate and agree that, given the need to investigate matters which may bear

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER

v. 7/10/2018

1  on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing

2  under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf of

3  the defendant to extending the time limit for the preliminary hearing.  The parties further stipulate and

4  agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act.

5       IT IS SO STIPULATED.

6

7  DATED:    December 12, 2025               _____/s/_____
                                            NEAL C. HONG
8                                           Assistant United States Attorney

9                                           _____/s/_____
10                                          NAOMI CHUNG
                                            Counsel for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
                                                          v. 7/10/2018

1                                    [~~PROPOSED~~] ORDER

2        Based upon the facts set forth in the stipulation of the parties, the Court continues the

3   preliminary hearing scheduled for January 6, 2026, to February 10, 2026, and excludes time under the

4   Speedy Trial Act.  The Court finds that failing to exclude the time from January 6, 2026, through

5   February 10, 2026, would unreasonably deny defense counsel and the defendant the reasonable time

6   necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

7   3161(h)(7)(B)(iv).

8        The Court further finds that the ends of justice served by excluding the time from January 6,

9   2026, through February 10, 2026, from computation under the Speedy Trial Act outweigh the best

10  interests of the public and the defendant in a speedy trial.

11       Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

12  January 6, 2026, through February 10, 2026, shall be excluded from computation under the Speedy Trial

13  Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14       The Court further finds good cause exists for extending the time limits for a preliminary hearing

15  under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an

16  indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

17       IT IS SO ORDERED.

18

19
    DATED:   December 15, 2025                          *Virginia K. DeMarchi*
20                                                    HON. VIRGINIA K. DEMARCHI
                                                     United States Magistrate Judge
21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
                                                                    v. 7/10/2018